**Affirm as modified and Opinion Filed July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00299-CR
No. 05-12-00300-CR

**COURTNI MICHELLE SCHULZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00501-J, F11-00342-J**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Bridges

Courtni Michelle Schulz waived a jury and pleaded guilty to credit card abuse and theft of property from an elderly person valued at $500 or more but less than $1,500. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(3), (f)(3)(A), 32.31(b), (d) (West 2011 & Supp. 2012). Pursuant to plea agreements, the trial court deferred adjudicating guilt, placed appellant on five years' community supervision, and assessed a $1,000 fine and $85,506.22 in restitution in each case. In her sole issue on appeal, appellant challenged the sufficiency of the evidence to support the amount of restitution ordered. In our opinion of February 27, 2013, we sustained appellant's

issue, set aside the trial court's restitution orders, and ordered the trial court to conduct a hearing to determine the proper amount of restitution.

On April 12, 2013, we reinstated the appeals and adopted the trial court's findings that the parties reached an agreement regarding the amount of restitution. We have received supplemental records containing the amended community supervision condition that orders appellant to pay $45,000 in restitution. Accordingly, we modify the trial court's judgments to reflect the restitution amount is $45,000 in each case. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.─Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
120299F.U05

 /David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

COURTNI MICHELLE SCHULZ,
Appellant

No. 05-12-00299-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F10-00501-J).
Opinion delivered by Justice Bridges,
Justices FitzGerald and Myers participating.

Based on the Court's opinion of this date, the trial court's order of deferred adjudication is **MODIFIED** as follows:

The section entitled "Restitution" is modified to show "$45,000."

As modified, we **AFFIRM** the trial court's order of deferred adjudication.

Judgment entered July 11, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COURTNI MICHELLE SCHULZ,
Appellant

No. 05-12-00300-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F11-00342-J).
Opinion delivered by Justice Bridges,
Justices FitzGerald and Myers participating.

Based on the Court's opinion of this date, the trial court's order of deferred adjudication is **MODIFIED** as follows:

The section entitled "Restitution" is modified to show "$45,000."

As modified, we **AFFIRM** the trial court's order of deferred adjudication.

Judgment entered July 11, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE